IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVSION

| | |
|---|---|
| RANDALL MESSINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 08-CV-00506 CJP |
| ) | |
| CITY OF WASHINGTON, ) | |
| MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGREEMENT OF SETTLEMENT IN PRINCIPAL

COMES NOW Defendant City of Washington, Missouri and Defendant City Council Members Robert Engemann, Timothy Overschmidt, John Rhodes, Kevin Hellmann, Timothy Brinker, Connie Groff, Marty Tudor, and Carolynn Witt and state to the Court that the parties have agreed to a settlement in principal in this matter.

There are a number of details that the parties still have to work out, mostly non-economic in nature. As a result, the parties request 60 days in which to file settlement papers and request that all pending matters and motions be either stayed or dismissed without prejudice to refiling.

DEVEREUX MURPHY LLC

          /s/ Michael D. Hart
Michael D. Hart
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
(314) 721-1516
Fax (314) 721-4434
mhart@devereuxmurphy.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2009, the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| C. John Pleban | Robert J. Krehbiel |
| Lynette M. Petruska | King, Krehbiel, Hellmich & Borbonus, LLC |
| Pleban & Associates, LLC | |
| 2010 S. Big Bend Blvd. | 2000 South Hanley Road |
| St. Louis, MO 63117 | St. Louis, MO 63144-1524 |

                    /s/ Michael D. Hart