UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDALL MESSINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08 CV 506 CDP |
| | ) |
| CITY OF WASHINGTON, | ) |
| MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** the **April 19, 2010 Jury Trial** setting is vacated and all pending motions are denied without prejudice.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2009.